June 12, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DALLAS CITY LIMITS PROPERTY CO., L.P., Appellant

NO. 14-12-00448-CV                    V.

CRADY, JEWETT & MCCULLEY, L.L.P., Appellee

_____

Today the Court hear appellant's unopposed motion to dismiss the appeal from the judgment signed by the court below on April 9, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by Dallas City Limits Property Co., L.P.

We further order this decision certified below for observance.

We further order the mandate be issued immediately.